# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD BRISCOE, individually and on behalf of all others similarly situated, et al., | |
| Plaintiffs, | CIVIL ACTION NO. 1:25-cv-01057 |
| v. | (SAPORITO, J.) |
| SELECT MEDICAL HOLDINGS CORPORATION, et al., | |
| Defendants. | |
| BRENDEN SMITH, individually and on behalf of all others similarly situated, | |
| Plaintiff, | CIVIL ACTION NO. 1:25-cv-01290 |
| v. | (SAPORITO, J.) |
| SELECT MEDICAL HOLDINGS CORPORATION, et al., | |
| Defendants. | |

# ORDER

AND NOW, this 26th day of June, 2026, on the court's own motion,
*see Brown v. City of Shamokin Police Dep't*, No. No. 4:21-CV-01992, 2022
WL 2441557, at *1–2 (M.D. Pa. July 5, 2022), having found that these

actions involve common questions of law and fact, and recognizing that the parties and counsel have previously indicated to the court their consent to consolidation of these matters, **IT IS HEREBY ORDERED THAT**:

1.    The stay previously entered in the above-captioned actions is hereby **LIFTE**D;

2.    Pursuant to Fed. R. Civ. P. 42(a)(2), the above-captioned actions are **CONSOLIDATED** for all purposes;

3.    The clerk is directed to consolidate the case docketed as Civil Action No. 1:25-cv-01290 into the case docketed as Civil Action No. 1:25-cv-01057;

4.    The clerk is directed to **CLOSE** the case docketed as Civil Action No. 1:25-cv-01290;

5.    The clerk is directed to enter on the docket of the consolidated case, Civil Action No. 1:25-cv-01057, the appearances of all counsel of record previously entered on behalf of plaintiff Brenden Smith in the discontinued case, Civil Action No. 1:25-cv-01290;

6.    All future documents filed in this consolidated case shall be filed under Civil Action No. 1:25-cv-01057; and

7.    The defendants shall file their answer or other response to the Consolidated Class Action Complaint (Doc. 26) **within thirty (30) days** after entry of this order.


_s/Joseph F. Saporito, Jr._
JOSEPH F. SAPORITO, JR.
United States District Judge